| | |
|---|---|
| 1 | RYAN D. MILLER (SBN 256799) |
| 2 | JAMES HARRIS (SBN 312309) |
| | CUMMINGS, MCCLOREY, DAVIS, ACHO & ASSOCIATES, P.C. |
| 3 | 3801 University Avenue, Suite 560 |
| 4 | Riverside, CA 92501 |
| | (951) 276-4420 |
| 5 | (951) 276-4405 facsimile |
| 6 | rmiller@cmda-law.com            **EXEMPT PER GOV. CODE § 6103** |

Attorneys for Defendants
Snowline Joint Unified School District, Dennis Zimmerman,
Cummings, McClorey, Davis, Acho, & Associates, P.C., & Ryan D. Miller

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONNOR ARRIETA, TONYA ARRIETA, | CASE NO. 5:19-cv-01139-JFW-SHK |
| Plaintiffs, | AMENDED PROOF OF SERVICE OF STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFFS' COMPLAINT AND [PROPOSED] ORDER |
| v. | |
| CUMMINGS, McCLOREY, DAVIS, ACHO, & ASSOCIATES, P.C., et al., | |
| Defendants. | |

I, the undersigned, declare as follows:

I am employed in the County of Riverside, State of California. I am over the age of 18 years, and not a party to the within action. I am an employee of or agent for Cummings, McClorey, Davis, Acho & Associates, P.C., 3801 University Avenue, Suite 560, Riverside, California 92501.

Cummings, McClorey, Davis, Acho & Associates, P.C.
3801 University Avenue, Suite 560
Riverside, CA 92501
Telephone (951) 276-4420
Facsimile (951) 276-4405

-1-

AMENDED PROOF OF SERVICE

      I hereby certify that on August 22, 2019, I electronically filed the foregoing **STIPULATION FOR EXTENSTION OF TIME TO FILE ANSWER AND [PROPOSED] ORDER,** with the Clerk of the Court by using the CM/ECF system. I certify that participants in the case that are registered CM/ECF users will receive service that will be accomplished by the appellate CM/ECF system.

      Executed on August 23, 2019, in Riverside, California.  I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

      /S/ Maricela Bobadilla

      Maricela Bobadilla

**Cummings, McClorey, Davis, Acho & Associates, P.C.**
3801 University Avenue, Suite 560
Riverside, CA 92501
Telephone (951) 276-4420
Facsimile (951) 276-4405

-2-

AMENDED PROOF OF SERVICE